IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION
Western

FILED

02 MAY 31  AM 11: 43

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO._____ |
| | ) |
| BARBARA J. WORSHAM; THE STATE | )   CV-02-B-1334-NW |
| OF ALABAMA, DEPARTMENT OF | ) |
| AGRICULTURE & INDUSTRIES; | ) |
| THE STATE OF ALABAMA, DEPART- | ) |
| MENT OF REVENUE; TERRA | ) |
| INTERNATIONAL, INC.; FFIC- | ) |
| CORP GROWERS CORP.; CLARK | ) |
| MEMORIALS OF ALABAMA, INC.; | ) |
| AND BANK INDEPENDENT, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR INTERPLEADER

COMES NOW the United States of America, by and through its counsel Alice Martin, United States Attorney for the Northern District of Alabama, on behalf of the United States of America, United States Department of Agriculture, Farm Service Agency ("FSA") formerly known as the Farmers Home Administration, and alleges as follows:

1.     This is an interpleader action and jurisdiction is based on 28 U.S.C.§§ 1335 and 1345.

2.     Venue is proper in this court pursuant to 28 U.S.C. § 1397 because Barbara Worsham, one of the claimants, resides in the judicial district.

3.   On April 29, 1985, Bennie Worsham (now deceased) and his wife Barbara Jean Worsham ("Worsham") executed a mortgage on the real property hereinafter described to the United States of America, FSA.  The mortgage was recorded in the Office of the Judge of Probate of Colbert County, Alabama, in Mortgage Volume 619, Pages 384-389.

4.   Thereafter, Bennie Worsham and his wife executed five (5) additional mortgages to FSA on the subject real property which mortgages were recorded in Colbert County, Alabama. Bennie Worsham died on October 6, 1990.

5.   Worsham filed for Chapter 12 bankruptcy protection on March 4, 1993.  On December 28, 1994, Worsham executed a mortgage on the subject real property to FSA which was recorded in the Office of the Judge of Probate of Colbert County, Alabama, at Microfiche 9428, Frame 306-311, which mortgage was subsequently corrected and re-filed at Microfiche 9505, Frames 552-557.  The mortgage was executed by Worsham as security for her debts rescheduled pursuant to a confirmed Chapter 12 bankruptcy plan.  Worsham received a Chapter 12 bankruptcy discharge on March 2, 1995.

6.   On April 1, 1996, the Colbert County Tax Collector sold 145 acres of the subject real property for unpaid taxes, costs, and expenses.  The purchaser at the sale was Phillip Henson.

7.   On April 16, 1999, the Colbert County Tax Collector issued a deed to Henson for the 145 acres.

8.   On April 1, 1996, the Colbert County Tax Collector sold 158 and 117 acres of the subject real property for unpaid taxes, costs, and expenses.  The purchaser at the sale was Margaret Crosby.

9.   On April 23, 1999, the Colbert County Tax Collector issued a deed to Crosby for the 158 and 117 acres.

10.   On April 17, 2001, Phillip Henson issued a quitclaim deed to the United States of America, acting through the FSA. The deed is recorded in the Office of the Judge of Probate of Colbert County, Alabama in Microfiche 2001 17, Frame 006-007.

11.   On September 20, 2001, Margaret Crosby issued a quitclaim deed to the United States of America, acting through the FSA.  The deed is recorded in the Office of the Judge of Probate of Colbert County, Alabama in Microfiche 2001 29, Frame 733-734.

12.   A default occurred in the payment of the indebtedness secured by said mortgages causing FSA to declare all debts due and payable, and proceeded to give due and proper notice of a foreclosure sale of said mortgages by publication in the Colbert County Reporter, a newspaper of general circulation published in Colbert County, Alabama once a week for three successive weeks preceding the date of the foreclosure sale.

13.  On November 1, 2001, FSA conducted a mortgage foreclosure sale and did offer for sale at public auction the following described property situated in Colbert County, Alabama, to-wit:

PARCEL 1 - (3 tracts)

TRACT I:  - A 100 acre tract described as beginning at SW corner of Section 13, Township 3, Range 14; thence East 3099 feet; thence North 1421-½ feet; thence West 3099 feet to North Pike Road; thence South 1421-½ feet to point of beginning.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

TRACT II:  - The West ½ of a tract of 80 acres, more or less, in the East ½ of Section 13, Township 3 South, Range 14 West, which West ½ is more particularly described as follows: Commence at the SW corner of said Section 13 in the center of North Pike; thence East along the South line of said Section 13, 3099 feet to the point of beginning of the parcel hereby described; thence from said point of beginning, run North 2843 feet to a point; thence run East 612.7 feet to a point; thence run South 2843 feet to a point in the South line of Section 13; thence run West 612.7 feet to the point of beginning, containing 40 acres, more or less.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

TRACT III:  - The West ½ of a tract of 42 acres in the NE ¼ of Section 13, Township 3 South, Range 14 West, which West ½ is more particularly described as follows: Commence at the NW corner of the SW ¼ of the NE ¼ of said Section 13; thence run East 12 feet to the point of beginning of the parcel hereby described; thence continue East 819 feet to a point; thence run South 1117 feet to a point; thence run West 819 feet to a point; thence run North 1117 feet to the point of beginning, containing 21 acres, more or less.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

PARCEL 2 - (2 tracts)

TRACT I:  - A tract of 106-⅔ acres evenly off of the South side of the NE ¼ of Section 10, Township 3 South, Range 14 West, being 2640 feet East and West by 1760

feet North and South.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

TRACT II:  - A portion of the West ½ of the SE ¼ of Section 10, Township 3 South, Range 14 West, more particularly described as follows: Beginning at the NW corner of the SE ¼ of said Section 10, thence run East 742 ½ feet to a point; thence run South 2640 feet to a point; thence run West 407.5 feet to a point; thence run North 654 feet to a point; thence West 335 feet to a point; thence run North 1986 feet to the point of beginning, containing 40 acres, more or less.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

PARCEL 3 - (1 tract)

The S ½ of the SW ¼ and NW 1/4 of SW 1/4 of Section 2, Township 3, Range 14 West, except three acres, more or less, triangular in shape, off the northwest corner of the NW 1/4 of the SW 1/4 of said Section 2, being the land in the NW corner of said quarter section now occupied by J. J. Medford, and lying between the northern boundary line of said NW ¼ of SW ¼ and a farm road, the land herein described, containing in all 117 acres, more or less.  Situated in Colbert County, Alabama.  Subject to all mineral rights, easements, covenants or other interest of record.

14.  FSA, as auctioneer, conducted said foreclosure sale, and sold the subject property to the highest bidders, Hollis O'Neal Isbell, Jr. and Debra Marie Isbell for the sum of Four Hundred and Eighty Five Thousand and 00/100 ($485,000.00) Dollars.  A deed of foreclosure conveying said property by virture of the power of sale contained in said mortgages was delivered to the highest bidders.

15.  The indebtedness owed to FSA on the date of the foreclosure sale together with the fees and expenses incurred

in relation to the sale total $432,122.39.  FSA holds in trust the net sales proceeds of $52,877.61.

16.  Steve Worsham, the son of Barbara Worsham, stated to FSA personnel at the foreclosure sale that Worsham should receive the excess proceeds from the foreclosure sale. However, the following liens and judgments are of record in the Office of the Judge of Probate of Colbert County, Alabama:

A.  The State of Alabama, Department of Agriculture and Industries, obtained a lien against Worsham for unpaid cotton assessments and penalties in the amount of $2,352.00. A notice of lien was filed on July 17, 1995, in Microfiche 9514, Frame 078, and UCC 87732.  A copy of the recorded lien is attached hereto as Exhibit 1.

B.  The State of Alabama, Department of Agriculture and Industries, obtained a lien against Worsham for unpaid cotton assessments and penalties in the amount of $6,205.00. A notice of lien was filed on April 18, 1996, in Microfiche 9608, Frame 808, and UCC 88940.  A copy of the recorded lien is attached hereto as Exhibit 2.

C.  The State of Alabama, Department of Revenue, obtained a lien against B & S Grocery, a partnership, Steve R. Worsham and Barbara J. Worsham, partners for unpaid state sales tax in the amount of $2,016.23.  A notice of lien was filed on May 23, 1996, in Microfiche 9611, Frame 410.  A copy of the recorded lien is attached hereto as Exhibit 3.

D.    The State of Alabama, Department of Revenue, obtained a lien against B & S Grocery, a partnership, Steve R. Worsham and Barbara J. Worsham, partners for unpaid state sales tax in the amount of $6,097.53.  A notice of lien was filed on May 23, 1996, in Microfiche 9611, Frame 411.  A copy of the recorded lien is attached hereto as Exhibit 4.

E.    Terra International, Inc. obtained a judgment against Worsham in the amount of $114,249.40.  A certificate of judgment was filed on February 28, 1997, in Microfiche 9705, Frame 312.  A copy of the recorded judgment is attached hereto as Exhibit 5.

F.    The State of Alabama, Department of Revenue, obtained a lien against B & S Grocery, a partnership, Steve R. Worsham and Barbara J. Worsham, partners for unpaid state sales tax in the amount of $2,896.21.  A notice of lien was filed on April 13, 1998, in Microfiche 9809, Frame 154.  A copy of the recorded lien is attached hereto as Exhibit 6.

G.    The State of Alabama, Department of Revenue, obtained a lien against B & S Grocery, a partnership, Steve R. Worsham and Barbara J. Worsham, partners for unpaid state sales tax in the amount of $3,735.97.  A notice of lien was filed on March 2, 1999, in Microfiche 9906, Frame 408.  A copy of the recorded lien is attached hereto as Exhibit 7.

H.    FFIC-Corp. Growers Corp. obtained a judgment against Worsham in the amount of $4,780.61.  A certificate of

judgment was filed on March 29, 1999, in Microfiche 9909, Frame 099. A copy of the recorded judgment is attached hereto as Exhibit 8.

 I. Clark Memorials of AL Inc. obtained a judgment against Worsham in the amount of $466.02. A certificate of judgment was filed on May 17, 1999, in Microfiche 9913, Frame 642. A copy of the recorded judgment is attached hereto as Exhibit 9.

 J. Bank Independent obtained a judgment against Steve R. Worsham and Barbara J. Worsham in the amount of $16,380.19. A certificate of judgment was filed on July 13, 1999, in Microfiche 9918, Frame 945-946. A copy of the recorded judgment is attached hereto as Exhibit 10.

 17. No other liens or judgments are of record in the Office of the Judge of Probate of Colbert County, Alabama, then the ones listed above.

 18. Contemporaneous with filing this complaint, the United States has deposited with the Clerk of the district court for the Northern District of Alabama, Birmingham, Alabama the net foreclosure sales proceeds in the amount of Fifty Two Thousand  Eight Hundred and Seventy Seven and 61/100 Dollars($52,877.61) Dollars. The United States desires to be released from future liability as the holder of the net sales proceeds pursuant to 28 U.S.C. § 2361.

WHEREFORE, the United States prays that this Honorable Court will grant it the following relief:

a.    That the Clerk of the Court accept the sum of Fifty Two Thousand Eight Hundred and Seventy Seven and 61/100 Dollars ($52,877.61) from the United States and that the United States be discharged from any liability whatsoever pertaining to said mortgage foreclosure proceeds.

b.    That this Court determine the party or parties entitled to the funds interpled.

c.    Grant the United States such further, different, equitable and other relief to which it may be entitled and which this Honorable Court deems just and proper.

ALICE MARTIN
UNITED STATES ATTORNEY


RICHARD E. O'NEAL
Assistant United States Attorney
United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama  35203
Telephone: (205) 244-2120


OF COUNSEL:
Steven J. Youngpeter
United States Department of Agriculture
Office of General Counsel
4121 Carmichael Road, Suite 205
Montgomery, Alabama 36106
Telephone: (334) 279-3650

## SERVICE INFORMATION

Ms. Barbara Worsham
405 Terrace Street
Sheffield, AL 35660

State of Alabama
Department of Agriculture & Industries
Charles Bishop, Commissioner
P.O. Box 3336
Montgomery, Alabama 36109-0336

State of Alabama
Department of Revenue
3143 Gordon Persons Bldg.
50 N. Ripley Street
Montgomery, Alabama 36104

State of Alabama
Attorney General
11 South Union Street, Third Floor
Montgomery, Alabama 36104

Terra International, Inc.
C/O John Charles Pierce
Attorney at Law
P.O. Box 16046
Mobile, Alabama 36616-0000

FCIC Corp. Growers Corp.
C/O Charles N. Parnell, III
Attorney at Law
P.O. Box 2189
Montgomery, Alabama 36102-2189

Clark Memorials of Alabama Inc.
C/O John R. Frawley, Jr.
Attorney at Law
P.O. Box 101493
Irondale, Alabama 35210-6493

Bank Independent
C/O Evelyn Mauldin
Attorney at Law
P.O. Drawer 5000
Sheffield, Alabama 35660-0137



**STATE OF ALABAMA**
**DEPARTMENT OF AGRICULTURE**
**AND INDUSTRIES**

BEARD BUILDING
P.O. BOX 3336
MONTGOMERY, ALABAMA 36109-0336



9514 078

JACK THOMPSON
COMMISSIONER

*June 23, 1995*

JOHN B. HENDERSON
ASST. COMMISSIONER

**TO:**   *Honorable W. Thomas Crosslin*
*Probate Judge*
*Colbert County*
*201 North Main Street*
*Tuscumbia, AL   35674*

### NOTICE OF LIEN

It is hereby certified that pursuant to §2-19-135, Code of
Alabama (1975), the cotton grower listed below is indebted to the
Department of Agriculture and Industries of the State of Alabama
in the amount stated below for penalties for the payment of which
the State Department of Agriculture and Industries claims a lien
upon all property and rights to property, both real and personal,
belonging to said person, as authorized under law.

**Name of Delinquent Cotton Grower:**       **Amount of Assessment &**
                                                        **Penalty**

Mrs. Barbara Worsham                              *$2,352.00*
RR 1, Box 12
Cherokee, Alabama   35616

Please record one copy of this lien with the real estate
records and one copy with the UCC financing statements of the
above-named cotton grower, and return one copy with the recording
data to the name and address listed below.

Jack Thompson                     87732
Commissioner of Agriculture
and Industries

By:
Robert J. Russell
Deputy Attorney General
and General Counsel
State Department of Agriculture
and Industries
P. O. Box 3336
Montgomery, AL   36109-0336

RJR/ed
cc:  Mr. Guy Karr
Mrs. Barbara Worsham

**EXHIBIT** /

9514 078

3940    9608 808



**STATE OF ALABAMA**
**DEPARTMENT OF AGRICULTURE**
**AND INDUSTRIES**

BEARD BUILDING
P.O. BOX 3336
MONTGOMERY, ALABAMA 36109-0336



JACK THOMPSON
COMMISSIONER

JOHN B. HENDERSON
ASST. COMMISSIONER

## N O T I C E

Sections 40-29-20, et seq., and 2-19-135, et seq., **Code of Alabama** 1975, require that tax liens of the State Department of Agriculture and Industries be recorded in the places indicated below.

☒   **To Probate Judge:**  Please record one copy of the lien below in the **real estate records and two copies with the UCC financing statements.**  Return one copy with all recording data to the Legal Division, Department of Agriculture and Industries.

☐   **To Secretary of State:**  Please record two copies of the lien below in your **UCC records.** Return one copy with recording data to the Legal Division, Department of Agriculture and Industries.

---

### NOTICE OF LIEN FOR ALABAMA DEPARTMENT
### OF AGRICULTURE AND INDUSTRIES

**Delinquent Cotton Grower:**

Barbara Worsham
Route One, Box 12
Cherokee, AL   35616

**Kind of Lien:**  Cotton Grower's Unpaid Assessments and Penalties
**Date of Notice of Penalty:** September 18, 1995, October 24, 1995, and December 20, 1995
**County:**  Colbert County
Amount of Lien: $6,205.00        Includes applicable assessments, penalties, interest and other charges.  Additional interest accrues at prevailing rate.

---

It is hereby certified that pursuant to §2-19-135, Code of Alabama 1975,
and Sections 40-29-20, et. seq., Code of Alabama 1975, the cotton grower
listed above is indebted to the Department of Agriculture and Industries of
the State of Alabama in the amount stated above for penalties for the
payment of which the State Department of Agriculture and Industries
claims a lien upon all property and rights to property, both real and
personal, belonging to said person, as authorized under law.  DONE THIS
April 6       1996.

BY _____
State Department of Agriculture and Industries

Lien.not

9608 808

**"EXHIBIT   2   "**





9514 078

**STATE OF ALABAMA**
**DEPARTMENT OF AGRICULTURE**
**AND INDUSTRIES**

BEARD BUILDING
P.O. BOX 3336
MONTGOMERY, ALABAMA 36109-0336

JACK THOMPSON
COMMISSIONER

*June 23, 1995*

JOHN B. HENDERSON
ASST. COMMISSIONER

**TO:**   *Honorable W. Thomas Crosslin*
*Probate Judge*
*Colbert County*
*201 North Main Street*
*Tuscumbia, AL   35674*

### *NOTICE OF LIEN*

*It is hereby certified that pursuant to §2-19-135, Code of Alabama (1975), the cotton grower listed below is indebted to the Department of Agriculture and Industries of the State of Alabama in the amount stated below for penalties for the payment of which the State Department of Agriculture and Industries claims a lien upon all property and rights to property, both real and personal, belonging to said person, as authorized under law.*

**Name of Delinquent Cotton Grower:**        **Amount of Assessment & Penalty**

*Mrs. Barbara Worsham*                         *$2,352.00*
*RR 1, Box 12*
*Cherokee, Alabama   35616*

*Please record one copy of this lien with the real estate records and one copy with the UCC financing statements of the above-named cotton grower, and return one copy with the recording data to the name and address listed below.*

                    *Jack Thompson*
                    *Commissioner of Agriculture*
                    *and Industries*

87732

        *By:*
                    *Robert J. Russell*
                    *Deputy Attorney General*
                    *and General Counsel*
                    *State Department of Agriculture*
                    *and Industries*
                    *P. O. Box 3336*
                    *Montgomery, AL   36109-0336*

*RJR/ed*
*cc:  Mr. Guy Karr*
*     Mrs. Barbara Worsham*

**EXHIBIT ___1___**

9514 078

3940      9608 808



**STATE OF ALABAMA**
**DEPARTMENT OF AGRICULTURE**
**AND INDUSTRIES**

BEARD BUILDING
P.O. BOX 3336
MONTGOMERY, ALABAMA 36109-0336



JACK THOMPSON
COMMISSIONER

JOHN B. HENDERSON
ASST. COMMISSIONER

## N O T I C E

Sections 40-29-20, et seq., and 2-19-135, et seq., **Code of Alabama** 1975, require that tax liens of the State Department of Agriculture and Industries be recorded in the places indicated below.

☒   **To Probate Judge:**  Please record one copy of the lien below in the **real estate records and two copies with the UCC financing statements**.  Return one copy with all recording data to the Legal Division, Department of Agriculture and Industries.

☐   **To Secretary of State:**  Please record two copies of the lien below in your **UCC records**. Return one copy with recording data to the Legal Division, Department of Agriculture and Industries.

---

## NOTICE OF LIEN FOR ALABAMA DEPARTMENT
## OF AGRICULTURE AND INDUSTRIES

**Delinquent Cotton Grower:**

Barbara Worsham
Route One, Box 12
Cherokee, AL   35616

**Kind of Lien:**  Cotton Grower's Unpaid Assessments and Penalties
**Date of Notice of Penalty:** September 18, 1995, October 24, 1995, and December 20, 1995
**County:**  Colbert County
Amount of Lien: $6,205.00          Includes applicable assessments, penalties, interest and other charges.  Additional interest accrues at prevailing rate.

---

It is hereby certified that pursuant to §2-19-135, Code of Alabama 1975, and Sections 40-29-20, et. seq., Code of Alabama 1975, the cotton grower listed above is indebted to the Department of Agriculture and Industries of the State of Alabama in the amount stated above for penalties for the payment of which the State Department of Agriculture and Industries claims a lien upon all property and rights to property, both real and personal, belonging to said person, as authorized under law. DONE THIS

April 6        , 1996.

BY _Jack Thompson_
State Department of Agriculture and Industries

Lien.not

9608 808

*EXHIBIT   2

7/25



# State of Alabama
# Department of Revenue
Montgomery, Alabama 36132
(334) 242-1340



GEORGE E. MINGLEDORFF III

LEWIS A. EASTERLY

G. SAGE LYONS
Commissioner

May 21, 1996

## NOTICE OF LIEN FOR TAXES

STATE OF ALABAMA

VS.

B & S Grocery, A Partnership
2990 North Pike
Cherokee, AL 35616-5610 And Its Partners
Steve R. Worsham And Barbara J. Worsham

(Taxpayer)

**SPECIAL FILING INSTRUCTIONS:**
The attached lien is for a partnership
liability and should be indexed in the
name of the partnership and each partner

ID #: 7017-04803
Kind of Tax: Colbert County Sales Tax
Period: 5/94 - 7/94, 1/95 and 3/95 - 8/95
County: Colbert
Amount of Lien: $2,016.23

As provided by Sections 40-1-2 and 40-29-20, et seq., Code of
Alabama 1975, as amended, the Alabama Department of Revenue
certifies that the above-named Taxpayer is indebted to the
Department of Revenue in the above amount. The State claims a lien
upon all property and rights to property belonging to said
Taxpayer.

PROBATE JUDGE:
Please record one copy of this tax lien in
the real property records. Return one copy
with endorsement and recording data to the
Department of Revenue, Sales and Use Tax
Division.

SECRETARY OF STATE:
Please record one copy of the tax lien in
your UCC records. Return one copy with
recording data to the Sales and Use Tax
Division, Department of Revenue.

ALABAMA DEPARTMENT OF REVENUE

Joseph W. Cowen, Assessment Officer
Sales and Use Tax Division

3





7126
9611 411
13574

# State of Alabama
# Department of Revenue

Montgomery, Alabama 36132
(334) 242-1340

May 21, 1996

G. SAGE LYONS
Commissioner

GEORGE E. MINGLEDORFF III
Assistant Commissioner

LEWIS A. EASTERLY
Secretary

## NOTICE OF LIEN FOR TAXES

STATE OF ALABAMA

VS.

B & S Grocery, A Partnership
2990 North Pike
Cherokee, AL  35616-5610 And Its Partners
Steve R. Worsham And Barbara J. Worsham

(Taxpayer)

ID #:  1700-04803
Kind of Tax:  State Sales Tax
Period:  7/94 and 1/95 - 8/95
County:  Colbert
Amount of Lien:  $6,097.53

**SPECIAL FILING INSTRUCTIONS:**
The attached lien is for a partnership
liability and should be indexed in the
name of the partnership and each partner.

As provided by Sections 40-1-2 and 40-29-20, et seq., Code of Alabama 1975, as amended, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:  Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division.

SECRETARY OF STATE:  Please record one copy of the tax lien in your UCC records. Return one copy with recording data to the Sales and Use Tax Division, Department of Revenue.

ALABAMA DEPARTMENT OF REVENUE

Joseph W. Cowen, Assessment Officer
Sales and Use Tax Division

9611 411

An Affirmative Action / Equal Opportunity Employer

**EXHIBIT 4**

ALABAMA JUDICIAL DATA CENTER
COLBERT COUNTY
CERTIFICATE OF JUDGEMENT

CV 94 000132.00
INGE P. JOHNSON

14765

IN THE CIRCUIT COURT OF COLBERT COUNTY 9705 312

TERRA INTERNATIONAL INC VS BARBARA JEAN WORSHAM

DEFENDANT                                    PARTY'S ATTORNEY:

WORSHAM BARBARA JEAN

3900 NORTH PIKE
CHEROKEE          , AL  35616-0000

I, PHILLIP BOWLING       , CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 09/04/96 PLAINTIFF, TERRA INTERNATIONAL INC      RECOVERED
OF DEFENDANT IN SAID COURT A JUDGEMENT WITHOUT WAIVER OF EXEMPTIONS FOR THE
SUM OF    $114,138.88 DOLLARS PLUS      $118.52 DOLLARS COURT COSTS, AND
THAT THE  PLAINTIFF'S  ATTORNEY(S) OF RECORD WAS:  PIERCE, JOHN CHARLES S

GIVEN UNDER MY HAND THIS DATE 02/27/97

CLERK: PHILLIP BOWLING
COLBERT COUNTY COURTHOUSE
TUSCUMBIA, AL  35674
(205) 386-8510

OPERATOR: CAG
PREPARED: 02/27/97

PLAINTIFF S ATTORNEY:

PIERCE, JOHN CHARLES S
P. O. BOX 14046

MOBILE  AL  36616

9705 312

EXHIBIT  5

5973



# STATE OF ALABAMA
# DEPARTMENT OF REVENUE
### Montgomery, Alabama 36132

9809 **154**

GEORGE E. MINGLEDORFF III
Assistant Commissioner

LEWIS A. EASTERLY
Secretary

H.E. "GENE" MONROE, JR.
Commissioner

## NOTICE OF LIEN FOR TAXES

16376

STATE OF ALABAMA
‑VS‑

B & S GROCERY, A PARTNERSHIP
2990 NORTH PIKE
CHEROKEE, AL  35616-5610

**SPECIAL FILING INSTRUCTIONS:**
The attached lien is for a partnership
liability and should be indexed in the
name of the partnership and each
partner.

AND ITS PARTNERS
WORSHAM STEVE R
WORSHAM BARBARA J

AND ALL OTHER PARTNERS

REFERENCE #: 0000000641
KIND OF TAX: SALES TAX
COUNTY: COLBERT
AMOUNT OF LIEN: 2,896.21
TAX PERIOD: JUNE 1997 THRU SEPTEMBER 1997

As provided by Sections 40-1-2 and 40-29-20, et seq., Code of Alabama 1975,
the Alabama Department of Revenue certifies that the above named Taxpayer is
indebted to the Department of Revenue in the above amount.  The State claims a
lien upon all property and rights to property belonging to said Taxpayer.

Please record this notice in the real property records and return it to the
address shown below with endorsement and recording data.

ENTERED: 04-09-98  (MAF)

12 APR 13 PM 12:21

_____ Ocie E. Hilyer _____
ASSESSMENT OFFICER

ALABAMA DEPARTMENT OF REVENUE
ASSESSMENT SECTION SALES AND USE TAX
P.O. BOX 327720
MONTGOMERY, ALABAMA 36132-7720
TELEPHONE (334)242-1340

9809 **154**

RVNT14 I06-02-87)

**EXHIBIT** 6



JAMES P. HAYES, JR
Commissioner

# STATE OF ALABAMA
# DEPARTMENT OF REVENUE
### Montgomery, Alabama 36132

5027

9906 408

1752

GEORGE E. MINGLEDORFF III
Assistant Commissioner

LEWIS \ EASTERLY
Secretary

## NOTICE OF LIEN FOR TAXES

Notice

STATE OF ALABAMA
-vs-

B & S GROCERY, A PARTNERSHIP
2990 NORTH PIKE
CHEROKEE, AL  35616-5610

AND ITS PARTNERS
WORSHAM STEVE R
WORSHAM BARBARA J

AND ALL OTHER PARTNERS

COURT OF COLBERT

99 MAR -2 PM 12: 47

REFERENCE #: 0000010029
KIND OF TAX: SALES TAX
COUNTY: COLBERT
AMOUNT OF LIEN: 3,735.97
TAX PERIOD: OCTOBER 1997 THRU FEBRUARY 1998

As provided by Sections 40-1-2 and 40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

Please record this notice in the real property records and return it to the address shown below with endorsement and recording data.

ENTERED: 02-26-1999  (DEA)

_James H. Brooks_
ASSESSMENT OFFICER

ALABAMA DEPARTMENT OF REVENUE
ASSESSMENT SECTION SALES AND USE TAX
P.O. BOX 327720
MONTGOMERY, ALABAMA 36132-7720
TELEPHONE (334)242-1340

9906 408

EXHIBIT 7



**EXHIBIT 8**

COUNT 035

9913 642

AVB0312                   ALABAMA JUDICIAL DATA CENTER
                              JEFFERSON    COUNTY
                          CERTIFICATE OF JUDGEMENT

                                                    SM 1998 013256 00
                                                    JOHN H. ALSBROOKS

               IN THE DISTRICT COURT OF JEFFERSON    COUNTY
CLARK MEMORIALS OF AL INC  VS  WORSHAM BARBARA

      DEFENDANT                        PARTY'S ATTORNEY

      WORSHAM BARBARA                  *** PRO SE ***
      3100 NORTH PL

      CHEROKEE          . AL  35616-0000

   1. POLLY CONRADI (RM 500), CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 04/05/1999 PLAINTIFF, CLARK MEMORIALS OF AL INC  RECOVERED
OF DEFENDANT IN SAID COURT A JUDGEMENT WITH   WAIVER OF EXEMPTIONS FOR THE
SUM OF       $428 02 DOLLARS PLUS        $38 00 DOLLARS COURT COSTS  AND
THAT THE  PLAINTIFF'S  ATTORNEY(S) OF RECORD WAS   FRAWLEY, JOHN R, JR

   GIVEN UNDER MY HAND THIS DATE 04/28/1999        Polly Conradi

                                        CLERK POLLY CONRADI  (RM 50
                                        716 N 21ST ST COURTHOUSE
                                        BIRMINGHAM AL 35263
                                        (205) 325-5331

OPERATOR   MAJ
PREPARED   04/28/1999

                                                        05-17-99
         PLAINTIFF'S ATTORNEY

                                        2001  17 SUB:00

         FRAWLEY, JOHN R, JR                            9913 642
         1818 512TH AVENUE SOUTH
         IRONDALE AL  35210


                                        "EXHIBIT_9

9843

18337

AV80312

**ALABAMA JUDICIAL DATA CENTER**
**COLBERT COUNTY**
**CERTIFICATE OF JUDGEMENT**

9918 945

CV 1999 000174.00
HAROLD V. HUGHSTON,

IN THE CIRCUIT COURT OF COLBERT COUNTY

BANK INDEPENDENT VS STEVE R. WORSHAM & BARBARA J. WORSHAM

DEFENDANT                                    PARTY'S ATTORNEY:

WORSHAM STEVE R
1845 SHOREY ROAD
CHEROKEE      ,AL 35616-0000

I, PHILLIP BOWLING      , CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 07/01/1999 PLAINTIFF, BANK INDEPENDENT     RECOVERED
OF DEFENDANT IN SAID COURT A JUDGEMENT WITHOUT WAIVER OF EXEMPTIONS FOR THE
SUM OF   $16,254.19 DOLLARS PLUS     $126.00 DOLLARS COURT COSTS, AND
THAT THE PLAINTIFF'S ATTORNEY(S) OF RECORD WAS: MAULDIN, EVELYN V

GIVEN UNDER MY HAND THIS DATE 07/09/1999

CLERK PHILLIP BOWLING
COLBERT COUNTY COURTHOUSE
TUSCUMBIA, AL 35674
(256) 386-0513

OPERATOR: SAG
PREPARED: 07/09/1999

PLAINTIFF'S ATTORNEY:

MAULDIN, EVELYN V
P O BOX 1306
SHEFFIELD AL 35660

"EXHIBIT 10 "

9845

AV80312

ALABAMA JUDICIAL DATA CENTER
COLBERT COUNTY
CERTIFICATE OF JUDGEMENT

18338

CV 1999 000174.00
HAROLD V. HUGHSTON,

IN THE CIRCUIT COURT OF COLBERT COUNTY

BANK INDEPENDENT VS STEVE R. VORSHAM & BARBARA J. VORSHAM

9918 946

DEFENDANT                                     PARTY'S ATTORNEY:

VORSHAM BARBARA J
3100 NORTH PIKE ROAD

CHEROKEE        ,AL  35616-0000

I, PHILLIP BOWLING      , CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 07/01/1999 PLAINTIFF, BANK INDEPENDENT        RECOVERED
OF DEFENDANT IN SAID COURT A JUDGEMENT WITHOUT WAIVER OF EXEMPTIONS FOR THE
SUM OF    $16,254.19 DOLLARS PLUS          $126.00 DOLLARS COURT COSTS, AND
THAT THE PLAINTIFF'S ATTORNEY(S) OF RECORD WAS: MAULDIN, EVELYN V

GIVEN UNDER MY HAND THIS DATE 07/09/1999

CLERK
CIRCUIT COURT COURTHOUSE
(256) 386-8911

OPERATOR: C80
PREPARED: 07/09/1999

PLAINTIFF'S ATTORNEY:

MAULDIN, EVELYN V
P O DRAWER D
SHEFFIELD AL  35660